AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*June 17, 2021*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) |
| Elijah Boisseau | |
| *Defendant(s)* | |

Case No.  **4:21-MJ-1371**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____06/16/2021_____ in the county of _____Harris_____ in the ____Southern____ District of ____Texas____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)1 | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See Attached Affidavit in Support of Application

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Seemanth Raj, ATF Special Agent
*Printed name and title*

Sworn to before me via telephone,

Date: _____06/17/2021_____

_____
*Judge's signature*

City and state: _____Houston, Texas_____    Frances Stacy, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

The Affiant being duly sworn does depose and state the following:

1. I, Seemanth Raj, am currently employed as a Special Agent in the Bureau of Alcohol, Tobacco and Firearms & Explosives (ATF) and have been so since 2017. I was previously employed as a Police Officer with the Houston Police Department in Houston, Texas for four years. I am a graduate of Webster University in St. Louis, Missouri with a Bachelor of Arts Degree in Psychology. I am also a graduate of the Federal Law Enforcement Training Center and the ATF National Academy where I received specialized training on criminal violations of Federal firearms statutes. As a Special Agent with the ATF, I am vested with the authority to investigate violations of Federal laws, including Titles 18 and 26, United States Code.

2. The statements made in this Affidavit are based in part on: (a) my personal participation in this investigation; (b) information provided to me by other law enforcement officers; (c) review of consensually monitored and/or recorded interviews; (d) criminal history records maintained by various law enforcement agencies, Houston Police Department ("HPD") and the National Criminal Information Center ("NCIC"); and (e) the training and experience of myself and other law enforcement agents and officers.

3. The facts contained in this affidavit are based upon information I obtained through my follow up investigation of an aggravated robbery. Since this affidavit is made for the limited purpose of supporting a Criminal Complaint, I have not set forth each and every fact learned during the course of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crimes charged. Unless otherwise indicated, where actions,

conversations, and statements of others are related herein, they are related in substance and in part only.

## HOBBS ACT ROBBERY LINKED TO SUSPECTS

4.      On June 16, 2021, Houston Police Department (HPD) Midwest Crime Suppression Team Officers were made aware of a Pawn Shop robbery, EZ Pawn, at 13555 Westheimer Road, which was reported to the Pct. 5 Constables Office under Incident # 2106-00521. The robbery occurred at approximately 11:56 AM on June 16, 2021. Officers obtained surveillance photos and video of the incident. The surveillance video shows three (3) suspects enter the pawn shop; suspect #1 wearing dark colored hat, dark colored face covering, dark colored gloves white long sleeve shirt, and dark pants holding a firearm; suspect #2 wearing red track pants with what looks to be a single thin white stripe down the sides, black shirt with a bold white stripe down the sleeves, gloves, Pittsburgh Pirates ball cap (black in color with a "P"), gloves, black backpack and holding a firearm; suspect #3 wearing distinctive red track pants with three (3) white stripes down the sides (Adidas brand), multicolored ball cap (dark colored front and white on back), dark long-sleeved top with white logo and lettering on front, gloves, white low top sneakers holding a firearm. The suspects produced firearms and demanded entry into jewelry display cases, safes, and gun cases. The suspects put the stolen property including guns in a distinct black backpack with metallic satin like lining and red tag on the inside. The suspects fled in a black BMW X3 SUV.

## SURVEILLANCE OF POTENTIAL TARGET VEHICLE

5.      At approximately 2:45 PM on June 16, 2021, HPD Officers from the Midwest Crime Suppression Team went to conduct surveillance near 1800 Barker Cypress Road. The Enclave at Cypress Park apartment complex is located at this address in case the target BMW

returned. Officers arrived at this location after the robbery on June 16, 2021 because on June 15, 2021 at approximately 3:40 PM, while surveilling the area due to related crimes, officers observed a black BMW X3 bearing TX LP PGS8501 at this location. On June 15, 2021, officers observed a black male passenger exit the BMW X3 and rummage through the trunk of a black Mercedes-Benz CLA 250 bearing temporary tag 13112F1. The BMW vehicle observed on June 15, 2021 was similar in appearance – color, make and model - to the black BMW X3 used by suspects to commit the EZ Pawn aggravated robbery on June 16, 2021.

7.      As officers were conducting surveillance on June 16, 2021, they observed a black Infiniti Q50 with temporary tag 07813L7 pull into the apartment complex. Within minutes of the black Infiniti arriving at the location, officers observed a gray Ford F-250, TX LP PDS2239 and a black Mercedes-Benz CLA 250 arrive in tandem to the apartment complex. The F-250 and the Mercedes-Benz pulled into the parking lot and parked in the northwest portion of the parking lot, directly next to the Infiniti. Multiple individuals exited the two vehicles, including one female. Officers observed multiple people in this group carrying what appeared to be backpacks. This group began intermingling and associating with the occupants of the Infiniti Q50 in the parking lot. Most of the group then started walking towards the apartments.

BOISSEAU and ROGERS

8.      Officers observed several (2-3) individuals stay behind and rummage through the trunk of the Mercedes-Benz. Officers observed one of these individuals to match the physical description of one of the aggravated robbery suspects in height, weight, and skin tone as well as wearing the distinctive red track pants with three white stripes (Adidas brand) and white shoes as a relevant suspect in the pawn shop robbery (entered in third position, listed here as S3) and a black long sleeve shirt. This individual, linked by reference as the man wearing three stripes on

red pants or as S3, is later identified as Elijah BOISSEAU, B/M, DOB 06/16/1994 on June 16, 2021, herein BOISSEAU. Officers observed BOISSEAU remove the black shirt, similar to the shirt seen worn by S3 in the surveillance video from the robbery. BOISSEAU placed the black shirt into the trunk of the Mercedes-Benz. BOISSEAU then put on a white shirt and walked towards the apartments. Approximately 5-10 minutes later, officers observe BOISSEAU, still in the red track pants with three white stripes, the white shirt and white low top sneakers, walking back to the Mercedes-Benz holding a black backpack. The backpack looked like the backpack observed in the surveillance video from the EZ Pawn. Officers observed the backpack being placed into the backseat of the Mercedes-Benz. Officers noted the Mercedes-Benz to be bearing Texas temporary tag 13112F1; this is the same vehicle seen on June 15, 2021, prior to the robbery, where there was transfer between this Mercedes and the relevant BMW. BOISSEAU is accompanied by two other males, one of whom is later identified as Eugene Earl ROGERS II. BOISSEAU (the male wearing the red tracksuit pants) and ROGERS get into the Mercedes-Benz and began to drive out of the parking lot. ROGERS is of similar height, weight and appearance as the individual seen in the robbery video and identified above as S1. While several law enforcement vehicles followed the Mercedes-Benz, additional units remained behind in the apartment complex and maintained surveillance on the Infiniti Q50 and the Ford F-250 that were previously traveling in tandem with the Mercedes-Benz.

9. Officers observed the Mercedes-Benz leave the location and drive onto the Katy Freeway inbound. Officers observed the Mercedes-Benz commit multiple traffic violations including turning on the left turn signal but proceeding into the right lane and making several lane changes without signaling. These traffic infractions form partial basis for a traffic stop of this vehicle.

10.     Based on the belief that these suspects had just been involved in a violent aggravated robbery, a possible suspect wearing clothing matching what was observed on surveillance video and carrying a backpack very similar in appearance to the one observed on surveillance video, as well as other violent crimes linked to vehicles in the parking lot, officers conducted a high-risk felony stop at 8100 Katy Freeway, Houston, Southern District of Texas. Officers advised the suspects to exit the vehicle to be detained as they conducted the investigation. Officers smelled a distinct odor of marijuana emitting from the vehicle. Officers also observed a firearm in plain view, a black semiautomatic pistol (**FN 9mm**, SNS-9, SN# GKU0152412), behind the driver's seat on the floorboard.

11.     Officers identified the driver of the vehicle wearing the striped, red track pants and white low top sneakers as Elijah BOISSEAU, B/M, DOB 06/16/1994. The front seat passenger was identified as Eugene Earl ROGERS II, B/M, DOB 10/20/1991. Officers observed a firearm (**Canik 9mm**, TP9 SFX, SN# TB47217), which was partially visible, underneath the front passenger seat where ROGERS was sitting.

12.     Officers then observed the black backpack that was seen placed into the backseat to still be sitting in the backseat of the Mercedes-Benz. The backpack was open and Officers could clearly see firearms in the backpack. The firearms still had the red trigger locking mechanism matching the firearms that were recently taken during the EZ Pawn aggravated robbery. These locking mechanisms are utilized to safely store the firearms inside the business as they are being displayed for sale. Plastic bags containing jewelry were observed sitting on top of the backpack.

GRIGSBY

13.    Approximately fifteen (15) minutes after the Mercedes-Benz left 1800 Barker Cypress Road Officers observed the black Infiniti Q50 leave the parking lot of the apartment complex.  Officers observed the Infiniti commit traffic violations, changing multiple lanes without signaling, while traveling southbound on Highway 6.  A traffic stop was conducted on the Infiniti for the traffic violations.  Officers conducted a high-risk felony stop on the vehicle due to the belief that the individuals in the vehicle may very likely have been involved in a violent aggravated robbery only hours earlier and/or other linked violent crimes involving discharge of a firearm.  Inside the vehicle, officers observed three (3) individuals: driver, later identified as Jalon GRIGSBY B/M, DOB 11/24/1997 who was charged with Unlawful Carry of a Weapon; front seat passenger, later identified as Johniethon GRIGSBY, B/M, DOB 06/06/1994; and passenger side back seat passenger. A Louis Vuitton bag was found on the front passenger side floorboard of the vehicle. Johniethon GRIGSBY was sitting in the front passenger seat of the Infiniti and the bag was positioned directly under his legs.  Inside the bag, officers located four (4) firearms, one of which is a **Jimenez Arms J.A. 380**, .380 caliber, SN# 437408.

FIREARMS

14.    I spoke to SA A. Johny with ATF, a firearms interstate nexus examiner, who told me that the FN attributed to BOISSEAU, Canik attributed to ROGERS, and the Jimenez Arms 380 attributed to GRIGSBY were all manufactured outside the State of Texas and traveled in interstate or foreign commerce.

SUBSEQUENT TO DETENTION

15.    BOISSEAU, ROGERS and GRIGSBY were brought to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) offices to be interviewed.  The interviews were audio

and video recorded. BOISSEAU, ROGERS and GRIGSBY were Mirandized before detectives started the interviews. ROGERS and GRIGSBY made no relevant statements regarding the firearms. ROGERS requested a lawyer and the interview was terminated. Johniethon GRIGSBY denied knowing what was in the Louis Vuitton backpack and then requested a lawyer. At this point the interview was terminated. BOISSEAU (red pants with three stripes matching robbery suspect S3) stated he received the guns that were found in the black backpack, admitting possession, but denied involvement in the EZ Pawn aggravated robbery.

## CRIMINAL HISTORY

16. A preliminary investigation of Elijah BOISSEAU'S criminal history shows a conviction for aggravated robbery in 2015. BOISSEAU served a six (6) year sentence. BOISSEAU told HPD Robbery Detectives that he was released from the Texas Department of Criminal Justice (TDCJ) in September of 2020.

17. A preliminary investigation of Eugene ROGERS' criminal history shows a conviction in 2012 for Unauthorized Use of a Motor Vehicle (UUMV).

18. A preliminary investigation of Johniethon GRIGSBY's criminal history shows a conviction in 2014 for an Aggravated Assault W/Deadly Weapon on a Security Officer for which he was sentenced to eight (8) years in TDCJ.

19. Based on the foregoing evidence, I believe that probable cause exists for the issuance of an arrest warrant for Elijah BOISSEAU, Eugene ROGERS and Johniethon GRIGSBY for the violation of Title 18 USC, Sec. 922(g)(1).

Seemanth V. Raj
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me by telephone on this the 17th day of June, 2021 and I find probable cause.

Honorable Frances Stacy
United States Magistrate Judge