United States Courts
Southern District of Texas
FILED

*November 10, 2021*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | §<br>§ | |
| **v.** | §<br>§ | **CRIMINAL NO.  H-21-CR-357-S** |
| **ELIJAH BOISSEAU and**<br>**EUGENE ROGERS,**<br>Defendants | §<br>§<br>§<br>§ | |

## FIRST SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### INTRODUCTION

At all times material to this Indictment, EZ Pawn is a Rollingwood, Texas based company engaged in the business of retail purchase and sale of consumer goods for American currency. The currency and goods related to this business are shipped in interstate commerce and affect interstate commerce.

### COUNT ONE

Title 18, United States Code, §§ 1951(a) and §§2 -
Aiding and Abetting Interference with Commerce by Robbery

On or about June 3, 2021, in the Houston Division of the Southern District of Texas,

ELIJAH BOISSEAU

herein defendant, aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of EZ Pawn, located at 11213 Bissonnet St, Houston,

Texas, which was in the possession and custody of an employee of EZ Pawn, namely, jewelry and United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT TWO

Title 18, United States Code, §§ 924(c)(1)(A) and §§2 -
Aiding and Abetting Use, Carry and Brandish of a firearm during and in relation to a crime of violence

On or about June 3, 2021, in the Houston Division of the Southern District of Texas,

### ELIJAH BOISSEAU

herein defendant, aiding and abetting others known and unknown to the Grand Jury, did knowingly use, carry and brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Aiding and Abetting Interference with Commerce by Robbery, as alleged in Count One.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii), (3)(A), and 2.

## COUNT THREE

Title 18, United States Code, §§ 1951(a) and §§2 -
Aiding and Abetting Interference with Commerce by Robbery

On or about June 16, 2021, in the Houston Division of the Southern District of Texas,

### ELIJAH BOISSEAU and EUGENE ROGERS

herein defendant, aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did

unlawfully take and obtain the property of EZ Pawn, located at 13555 Westheimer Road, Houston, Texas, which was in the possession and custody of an employee of EZ Pawn, namely, firearms and United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT FOUR

### Title 18, United States Code, §§ 924(c)(1)(A) and §§2 - Aiding and Abetting Use, Carry and Brandish of a firearm during and in relation to a crime of violence

On or about June 16, 2021, in the Houston Division of the Southern District of Texas,

### ELIJAH BOISSEAU and EUGENE ROGERS

herein defendant, aiding and abetting others known and unknown to the Grand Jury, did knowingly use, carry and brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Aiding and Abetting Interference with Commerce by Robbery, as alleged in Count Three.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii), (3)(A), and 2.

## COUNT FIVE

### Felon in Possession of a Firearm

On or about June 16, 2021, in the Houston Division of the Southern District of Texas, the defendant,

### ELIJAH BOISSEAU

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, namely a FN 9mm, FNS-9, which had been shipped and transported in interstate commerce or foreign

commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SIX

### Felon in Possession of a Firearm

On or about June 16, 2021, in the Houston Division of the Southern District of Texas, the

defendant,

### EUGENE ROGERS

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed, in and affecting commerce, a firearm, namely a Canik

9mm, TP9 SFX pistol, which had been shipped and transported in interstate commerce or foreign

commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm(s), involved in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2) as charged in Count Five and Six, are subject to forfeiture, including, but not limited to, the following:

1. A FN 9mm, FNS-9, Serial Number: GKU0152412 and all attendant magazines, clips and ammunition.

2. A Canik 9mm, TP9 SFX pistol, Serial Number: TB47217 and any and all attendant magazines, clips and ammunition.

A TRUE BILL:

_____
**FOREPERSON OF THE GRAND JURY**

**JENNIFER LOWERY**
**ACTING UNITED STATES ATTORNEY**

By:

_____
Erin M. Epley
Assistant United States Attorney
Southern District of Texas