**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                    **Cr. No. H-21-cr-357**

**ELIJAH BOISSEAU**

## O R D E R

On this day came on to be considered the defendant's Motion to Suppress and after having considered the same, the Court

ORDERS that said motion be GRANTED/DENIED without a hearing.

[or]

ORDERS that an evidentiary hearing on the motion shall be held before this Court on _____, 2022 at _____o'clock ___.m.

SIGNED at Houston, Texas, on the _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE