**EXHIBIT**

**A**

810059-21    Suppl No 0013

# HOUSTON POLICE DEPARTMENT



Houston Police Department
1200 Travis Street
Houston, Texas 77002
713-884-3131 Emergency Dial 9-1-1

Reported Date
**06/16/2021**
Offense Report Title
**Aggravated Robbery (Deadly Weapon)**
Officer Name
**BYLAND, E F**

## Administrative Information

| Agency | Incident # | Suppl No | Reported Date | Reported Time |
|---|---|---|---|---|
| **HOUSTON POLICE DEPARTMENT** | **810059-21** | **0013** | **06/16/2021** | **21:49** |

| Status | Offense Report Title |
|---|---|
| **Report Written or to Follow** | **Aggravated Robbery (Deadly Weapon)** |

CAD Call Type
**TS**

| Address | | | | | City |
|---|---|---|---|---|---|
| **8181 IH 10 FWY IB** | | | | | **Houston** |

| Dist/Beat | Station | District | From Date | From Time | Officer Name / Employee# |
|---|---|---|---|---|---|
| **18F10** | **MIDW** | **18** | **06/16/2021** | **16:19** | **BYLAND, E F / 150157** |

| Division | Report Entered By / Employee# |
|---|---|
| **Midwest - Tactical Unit** | **BYLAND, E F / 150157** |

| Division | RMS Transfer | Property Trans Stat | Property? |
|---|---|---|---|
| **Midwest - Tactical Unit** | **Successful** | **Successful** | **None** |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| **150157** | **06/16/2021** | **22:20:20** |

## Modus Operandi

| Gang Act? | NIBRS |
|---|---|
| **No** | **BVNR** |

BWC Video(s)
**Body Video Not Reviewed**

## Brief Summary

Use of Force/ Officer's Actions and Observations

## Narrative

6/16/2021 (Approximately 1600 Hrs)

I, Officer EF Byland, riding unit 91F46, in a plain clothes in a City of Houston unmarked vehicle, completed a takedown, with my team, on the eastbound side of the 8100 block of I10 on known robbery suspects. Officer Cox and I were following the vehicle and calling out directions of travel, lane changes, etc. (See Cox's supplement for additional information on the original spot up of the suspects in a complex located at 1800 Barker Cypress).

I posted up in the 18000 block of Park Row Dr, when I realized that the suspect's would be heading south on Barker Cypress from their apartment complex. I observed the vehicle head south on Barker Cypress, and positioned myself to be able to follow. I observed the vehicle turn east onto the I10 feeder, eventually getting onto the main lanes. Once the suspect vehicle began to get close to the 610 split, it was decided that officers would conduct a VCT on the vehicle to avoid a vehicle pursuit- the vehicle being a sporty model, with a powerful engine, and their being heavy traffic flow.

The takedown happened during heavy traffic- and I observed the suspect vehicle, a black Mercedes temp tx tag 13112F1 come to a stop, with members of my team, making positive contact on the front and rear of the vehicle. Two additional vehicles were ready for the driver side and passenger door, but did not make positive contact. I initially hung back, as the suspect vehicle was attempting to force it's way out of the VCT- having heard their engine revving and seeing slight movement of their vehicle forward and backwards.

Once I saw that they were pinned, I first pointed my pistol at the driver (Boisseau), then the passenger (Rogers) who exited the vehicle before being prompted to exit by officers.

Once I saw that the officers on the passenger side had the passenger covered, I turned my attention back to the driver, who was not following simple verbal commands by officers. Suspect Boisseau started to look around, and knowing that this is a sign that they may run, Officer Serrano conducted a takedown of the driver. Checking to make sure Officer Serrano was under control, I stepped between him and the suspect vehicle to cover his rear just in case there was a third, and unknown suspect.

Once I opened the rear door to clear the vehicle, I stepped back to assist Serrano, who was now getting the suspect off of the ground.

I changed sides to the passenger side, and took temporary custody of Rogers from Officer Demeterio to place

| Report Officer | Printed At | |
|---|---|---|
| **150157/BYLAND, E F** | **06/23/2021 09:09** | **Page 1 of 2** |

**810059-21**    <small>Suppl No</small>
**0013**

# HOUSTON POLICE DEPARTMENT

## Narrative

him, and belt him into a police vehicle.

Officers cleared the freeway for safety and began our investigation just off the freeway at a Holiday Inn Express. As we were instructed not to touch the vehicle, without touching anything, I was able to observe multiple weapons in the vehicle. Their was a pistol under the front right passenger seat. Their was an FN pistol on the floorboard behind the driver seat. There was a black backpack full of multiple pistols, all of which still had the "safety mechanisms" over the trigger that stores use to make sure the gun is safe. There were also two orange and gray pneumatic Ramset nail guns in the back seat of the vehicle (typically used to make breaking glass easier).

I cleared the scene, and headed back to the Barker Cypress location, as their was still one vehicle left to find, after the three takedowns were completed.

No additional information was gathered by myself during this incident.

I completed the multi-weapons use of force forms for both the driver and passenger and completed this supplement.

End of Supplement