EXHIBIT

B
_____

