

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | AFFIDAVIT FOR |
| | § | SEARCH WARRANT |
| COUNTY OF HARRIS | § | |

I, D.S. Helms, a peace officer employed by Houston Police Department do solemnly swear that I have reason to believe and do believe that within a black 2018 Mercedes CLA 4 door sedan bearing Texas temporary tag # 13112F1, VIN # WDDSJ4EB2JN642124 located at the Houston Police Department's vehicle storage facility located at 1300 Dart Street, Houston, Harris County, Texas, is evidence of the crime of aggravated robbery, robbery, and/or theft more particularly described as firearms, ammunition, shell casings, projectiles, stolen items, cash, jewelry, fingerprints, electronic devices, identifying documents which may lead to the identification of additional suspects and/or additional victims, etc.. Said location is more particularly described as a black 2018 Mercedes CLA 4 door sedan bearing Texas temporary tag # 13112F1, VIN # WDDSJ4EB2JN642124 located at the Houston Police Department's vehicle storage facility located at 1300 Dart Street, Houston, Harris County, Texas.

MY BELIEF IS BASED UPON THE FOLLOWING FACTS:

I, the affiant, D.S. Helms, am a certified peace officer in the State of Texas. I am employed as a Detective with the Violent Offender Squad of the Houston Police Department (HPD), working in conjunction with the Alcohol Tobacco Firearms and Explosives (ATF) Crime Gun Strike Force, comprised of multiple, local and Federal law enforcement agencies. During my time as a peace officer, I have received extensive training and experience with respect to police policy, procedures, and practices as well as advanced investigative techniques. In my current assignment, I am primarily responsible for the investigation of violent offenses involving firearms, namely aggravated robberies, aggravated assaults, robberies, etc. Recently, my squad and I have been assigned the investigation of a series of violent aggravated robberies, which we believed to be linked based upon common vehicle description, suspect description, and M.O. This crew is responsible for multiple commercial business robberies and violent home invasions. During the course of this investigation, two suspects, Eugene Earl Rogers, a black male, DOB: 10/20/1991 and Elijah Boisseau, a black male, DOB: 06/16/1994 were both arrested and charged after an aggravated robbery that occurred at a pawn shop in Houston, Harris County, Texas on or about 6/16/2021. The incident is documented in HPD offense report # 810828-21.

On 6/16/2021, I responded to an aggravated robbery at EZ Pawn located at 13555 Westheimer, Houston, Harris County, Texas. I spoke with complainant, Larayne Williams, an employee of the EZ Pawn and a credible and reliable person. She stated that at approximately 1045 hours, she was in the back of the store when a suspect suddenly approached her with a gun and demanded entry into the store's safe. The complainant stated that she told the suspect that the safe was on a timer and was about to open. When the safe opened, the suspect ordered her to lie down on the ground and complied. I obtained and reviewed surveillance photos and video of the incident. In the video, I observed three suspects enter the pawn shop. One suspect was a black male, thin build, wearing distinctive red track pants with white stripes down the sides and white low-top Nike sneakers (later identified as Elijah Boisseau, a black male, DOB: 06/16/1994). Another suspect was a black male, heavier build, wearing unique white tennis shoes with a solid thick black strip running down the middle, a baseball cap with the Houston Rockets logo, and gray shorts under black pants (later identified as Eugene Earl Rogers, a black male, DOB: 10/20/1991). The suspects produce guns and demanded entry into jewelry display cases, safes, and gun cases. The suspects stole multiple pieces of jewelry and firearms and placed them in a distinctive black back pack with a metallic satin-like lining and red accents and then fled the scene in a black BMW X3. I shared this information with Sergeant Kerry Richards with HPD's Criminal Apprehension Team as well as the HPD Midwest Crime Suppression Team. Separately, I was also assigned the follow-up investigation of another aggravated robbery at another EZ Pawn location—that incident occurred on or about 6/3/2021 at the 11213 Bissonnet location in Houston, Harris County, Texas. That incident is documented in HPD offense report # 745060-21. I spoke with Complainant Jamichael Jefferson, an EZ Pawn employee and a credible and reliable person. He reported that at the time of the robbery, two suspects entered the location, one was carrying a handgun and the other was carrying a tool used to break up cement. The complainant stated that the suspects ordered at gunpoint to open the store's safe. Once the safe was open, the suspects took crates of jewelry stacked on top of each other and then

fled the scene in a newer model black BMW X3.

I spoke with Officer Cox, a certified peace officer in the State of Texas and a credible and reliable person employed with HPD's Midwest Crime Suppression Team. He reported that after the robbery on 6/3/2021, he and his team were conducting undercover surveillance on a group of suspects at an apartment complex located at 1800 Barker Cypress, Harris County, Texas. On 6/15/2021, Officer Cox and his team observed a black BMW X3 bearing Texas license plate # PGS8501 and a black Mercedes sedan bearing Texas temporary tag # 13112F1 meet up in the parking lot. Officer Cox and his team were aware that a black BMW X3 had been used in the pawn shop robbery on 6/3/2021— so they noted the make, model, color, and license plates for both vehicles and continued their surveillance operation.

On 6/16/2021, after the robbery at the EZ Pawn at 13555 Westheimer, Officer Cox returned to the apartment complex at 1800 Baker Cypress to see if the suspect vehicles returned to that location. Officer Cox reported that upon arrival, he observed a suspect wearing distinctive red track pants with white stripes down the sides and white low-top Nike sneakers (later identified as Elijah Boisseau, a black male, DOB: 06/16/1994). He observed Elijah Boisseau placing a black back pack with a metallic satin-like lining and red accents into the backseat of a black Mercedes sedan bearing Texas temporary tag # 13112F1. Officer Cox observed a black male suspect with a heavier build (later identified as Eugene Earl Rogers, a black male, DOB: 10/20/1991) get into the passenger side of the vehicle. He then observed the black Mercedes leave the location heading East bound on the Katy Freeway. Officer Cox reported that he and his team called for marked units—the black Mercedes committed several traffic violations, namely signaling a left turn and then turning right and failing to signal several lane changes—at that point, the vehicle was stopped on traffic and officers made contact with the occupants. Officer Aguilar, a certified peace officer in the State of Texas and a credible and reliable person employed with HPD's Midwest Crime Suppression Team reported that Elijah Boisseau was identified as the driver and Eugene Rogers was identified as the passenger. The vehicle was more particularly identified at that point as a black 2018 Mercedes CLA 4 door sedan bearing Texas temporary tag # 13112F1, VIN # WDDSJ4EB2JN642124. At the time of the stop, the officers smelled a distinct odor of marijuana coming from the vehicle and observed a black semiautomatic pistol in plain view between the driver and backseat. The Officers, believing that Elijah Boisseau and Earl Rogers had likely just been involved in a violent robbery, still wearing robbery clothing, smelling of marijuana, and in possession of a pistol, asked the suspects to exit the vehicle and detained them for further investigation. Officer Aguilar reported that he observed a Red Apple iPhone cellphone, IMEI# 355727333667052 in the driver seat connected to a charger. He also observed a damaged black Samsung Galaxy S9 cellphone, IMEI# 354267090120012 on the front passenger floorboard and a black Samsung cellphone, model# SM-S260DL with corresponding IMEI #35507110469561 on the front passenger seat. Officer Aguilar reported that due to the location of the vehicle (on a busy roadway at Silber Road and the Katy Freeway) and the time of day—for the safety of the officers and the suspects, a brief inventory was done and the black Mercedes was towed to the HPD Dart lot for secured storage. During the inventory, officers located a baseball cap with the Houston Rockets logo in the trunk as well as a key fob for a BMW X3 on the passenger side floorboard. In the rear passenger side, officers observed jewelry taken during the robbery wrapped in clear plastic bags as well as several firearms (also stolen during the robbery, identified by the gun locks and serial numbers) located inside of the black back pack with a metallic satin-like lining and red accents. Under the front passenger side seat, officers recovered a handgun in addition to the handgun initially seen in plain view between the driver seat and the back seat.

Both Elijah Boisseau and Earl Rogers were transported to the ATF facility for interview. Upon arrival, I noted that Earl Rogers was a heavier set black male, wearing gray shorts (likely the same gray shorts observed under the black pants) I believe that he was the second suspect in the robbery on 6/16/2021. I noted that Elijah Boisseau was a thin black male, wearing distinctive red track pants with white stripes down the sides and white low-top Nike sneakers—I believe that he was the first suspect in the robbery on 6/16/2021. I researched Elijah Boisseau and Earl Rogers through the Harris County District Attorney's Office criminal database and observed that both suspects have prior felony convictions and are therefore prohibited from possessing firearms. I obtained Eugene Rogers' Texas driver's license information which included his current home address—3715 Grapevine Street, Houston, Harris County, Texas. I obtained and reviewed multiple social media posts belonging to Eugene Earl Rogers, a black male, DOB: 10/20/1991—in several of the posts, his face is clearly unobstructed and I observed that he was wearing the same unique white tennis shoes with a solid thick black strip running down the middle as observed on surveillance during the incident. Based upon first hand interaction with Eugene Rogers, I recognize him as the person wearing the distinctive shoes in the social media posts. I learned that at the time of his arrest, a black BMW X3 was parked in front

of Eugene Rogers' residence, 3715 Grapevine Street.

In this case, three suspects (two of whom were identified as Elijah Boisseau and Earl Rogers) entered and robbed the EZ Pawn on 6/16/2021 and then proceeded to a secondary location to stash the BMW X3, then went to a third location and met with additional suspects, where they changed clothes and transported the fruits and instruments of the crime into the black 2018 Mercedes CLA 4 door sedan bearing Texas temporary tag # 13112F1, VIN # WDDSJ4EB2JN642124. Based upon similar M.O., suspect description, vehicle description, and pattern of behavior after the crime, I believe that the suspects in this case are also linked to the robbery at the EZ Pawn on 6/3/2021. I believe that within the black Mercedes sedan at the time of Elijah Boisseau's and Earl Rogers' detention, law enforcement will find evidence material to this investigation. Namely, firearms, ammunition, shell casings, projectiles, stolen items, cash, jewelry, fingerprints, electronic devices, identifying documents which may lead to the identification of additional suspects and/or additional victims, etc.

WHEREFORE, PREMISES CONSIDERED, your affiant respectfully requests that a warrant issue authorizing your affiant, or any other peace officer of Harris County, Texas to enter the aforementioned premises which is a black 2018 Mercedes CLA 4 door sedan bearing Texas temporary tag # 13112F1, VIN # WDDSJ4EB2JN642124 located at the Houston Police Department's vehicle storage facility located at 1300 Dart Street, Houston, Harris County, Texas with authority to search for and to seize the property and items set out earlier in this affidavit.

AFFIANT

Sworn to and Subscribed before me on June 21, 2021.

(Signature)

Robert Johnson
(Printed name)
MAGISTRATE/ DISTRICT JUDGE
JUDGE, 0 County Criminal Court at Law
Harris County, Texas