

**EXHIBIT**

**D**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                              **Cr. No. H-21-cr-357**

**ELIJAH BOISSEAU**

SWORN STATEMENT OF CORINA RAMOS

I, Corina Ramos, am employed full time as an Investigator in the Office of the Federal Public Defender for the Southern District of Texas. In relation to this Office's representation of Elijah Boisseau, I have reviewed discovery produced by the government. The statements below are based on my review of some of these materials.

1) I viewed a recording produced by a body-worn camera worn by HPD Officer Thomas Serrano. The time-stamp on the video displays 16:18:15 (4:18 p.m.) at the outset on June 16, 2021. I observed the following:
   a) 16:20:17 – Officer Serrano puts handcuffs on Mr. Boisseau in the highway.
   b) 16:21:03 – Officer Serrano places Mr. Boisseau in the rear of his police vehicle.
   c) 16:23:05 - 16:25:40 – With Mr. Boisseau in the rear of his vehicle, Officer Serrano drives to the parking lot of a Holiday Inn Express.
   d) 16:26:20 – Officer Serrano asks Mr. Boisseau if there is anything in the vehicle of which he should be aware. Mr. Boisseau replies that he does not know. Officer Serrano conducts a more thorough search of Mr. Boisseau and asks various questions (mostly related to booking).
   e) 16:27:30 – Officer Serrano closes the rear door to his parked vehicle, leaving Mr. Boisseau handcuffed in the back seat, and Officer Serrano walks to meet other officers in parking lot. Approximately 7 officers can be seen around the black Mercedes, which has been relocated to the Holiday Inn Express

parking lot. The Mercedes is parked approximately 30 yards from where Officer Serrano had left his parked vehicle with Mr. Boisseau inside.

    f) 16:29:28 – Officer Serrano returns to Mr. Boisseau, handcuffed and seated in the rear of a police vehicle, to ask biographic information.

    g) 16:30:20 – Questioning ends.

    h) 17:02:50 – Officer Serrano returns to his car and, with Mr. Boisseau handcuffed in rear, drives off.

    i) 17:47:00 – Officer Serrano arrives at ATF office and turns over custody of Mr. Boisseau to another officer.

2) I viewed a recording produced by a body-worn camera worn by HPD Officer James Huckabee. The time stamp on the video displays 16:16:56 (4:16 p.m.) at the outset on June 16, 2021. I observed the following:

    a) 16:34:33 – At the Holiday Inn Express parking lot, Officer Huckabee removes Eugene Rogers from rear of Officer Le's vehicle.

    b) 16:35:00 – Officer Huckabee places Mr. Rogers in rear of his own vehicle.

    c) 17:03:33 – Officer Huckabee starts driving from Holiday Inn Express parking lot to ATF, with Mr. Rogers in rear.

    d) 17:46:51 – Officer Huckabee arrives at ATF.

    e) 17:48:56 – Officer Huckabee turns over Mr. Rogers to another officer.

3) I viewed a recording produced by a body-worn camera worn by HPD Johnny Le. The time stamp on the video displays 16:17:18 (4:35 p.m.) at the outset on June 16, 2021. I observed the following:

    a) 16:19:23 – Officer Le exits vehicle on highway to assist in stop of Mercedes.

    b) 16:22:18 – Another officer places Mr. Rogers, who is already handcuffed, in the back of Officer Le's vehicle.

    c) 16:23:24 – Officer Le begins driving from highway to Holiday Inn Express parking lot.

    d) 16:25:48 – Officer Le arrives at parking lot of Holiday Inn Express and exits vehicle, leaving Mr. Rogers handcuffed in rear.

    e) 16:34:38 – Officer Huckabee removes Mr. Rogers from the rear of Officer Le's vehicle, and Officer Huckabee walks off with Mr. Rogers.

    f) 16:35:06 – Officer Le starts driving off with another officer – but no detainees – and turns off his camera.

2

I state the above is true and correct under penalties of perjury.

Signed the 29th of August 2022.

Corina Ramos