**EXHIBIT**

E







